UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TERRIS RADCLIFFE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01057-TWP-KMB |
| | ) | |
| JOEL THACKER, | ) | |
| TYLER EVAN BURGAUER, | ) | |
| JUSTIN GUEDEL, | ) | |
| JONATHAN WHITHAM, | ) | |
| MATTHEW CRONLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING NON-PARTY SCHINDLER ELEVATOR CORPORATION'S
MOTION TO STRIKE**

Non-Party Schindler Elevator Corporation ("Schindler") became involved in this action when *pro se* Plaintiff Terris Radcliffe served a non-party subpoena on it.  [Dkt. 27 at 1.]  After Schindler responded to the subpoena, Mr. Radcliffe accused Schindler of falsifying the responsive documents.  [*Id.* at 2.]  Schindler then appeared by counsel and requested a discovery conference to resolve the dispute.  [*Id.* at 2-3.]  Further discovery disputes occurred between Mr. Radcliffe and Schindler, culminating several months ago in the Court granting Schindler's Motion to Quash other subpoenas served on it by Mr. Radcliffe.  [Dkt. 108.]  Mr. Radcliffe's filings since that time continue to include accusations of wide-ranging misconduct and malfeasance against Schindler's counsel, most recently in a Motion for Reconsideration.  [*See* dkt. 128.]  Despite not being involved in the case anymore, Schindler has filed a Motion to Strike that is pending before the Court.  [Dkt. 130.]

Mr. Radcliffe opposes the motion.  [Dkt. 132.]  He argues that motions to strike are disfavored and that Schindler's Motion to Strike does not meet the requirements of Federal Rule of Civil Procedure 12(f).  [*See id.*]

In its pending motion, Schindler argues that portions of docket 128 should be stricken pursuant to Rule 12(f), which allows the Court to "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."  Fed. R. Civ. P. 12(f).  But Rule 12(f) only permits the Court to strike material from a pleading, not a motion or a brief.  *See Renguette v. Bd. Of Sch. Trustees ex rel. Brownsburg Community Sch. Corp.*, 2007 WL 1536841, at *5 (S.D. Ind. May 23, 2007) ("[A] motion to strike, pursuant to Rule 12(f), may only be used to attack a *pleading*. Courts applying Rule 12(f) have consistently declined to construe the term 'pleading' to apply to motions and memoranda." (emphasis in original)); *see also Walker v. Cirian*, 2023 WL 9002811, at *1 (E.D. Wis. Dec. 28, 2023) ("Rule 12(f) applies to pleadings, not motions, legal briefs, or other evidence.").  Thus, the Court agrees with Mr. Radcliffe that Schindler has not provided a legal basis to strike Mr. Radcliffe's filing under Rule 12(f).

Schindler also asserts that Mr. Radcliffe's filing should be stricken pursuant to Federal Rule of Civil Procedure 11.  [Dkt. 130 at 1-2.]  Rule 11 permits a court to issue sanctions under certain circumstances.  *See* Fed. R. Civ. P. 11(b).  But Schindler does not state whether it complied with Rule 11(c)(2) before filing its Motion to Strike, which required it to serve its motion on Mr. Radcliffe at least 21 days before filing it.  Rather, Schindler merely cites Rule 11 as a basis to strike Mr. Radcliffe's accusations, without at all explaining how Rule 11 permits that relief under the circumstances here.  The Court will not develop this argument for Schindler or address it further. *See Spath v. Hayes Wheels Int'l-Ind., Inc.*, 211 F.3d 392 397 (7th Cir. 2000) ("[I]t is not this court's

responsibility to research and construct the parties' arguments.") (citation and quotation marks omitted).

To the extent the purpose of Schindler's Motion to Strike is to make its position clear that it strongly disagrees with Mr. Radcliffe's accusations, Schindler's repeated previous filings have already done so. But having provided no legal basis for the Court to actually strike anything from the docket in this case, Schindler's Motion to Strike is **DENIED**. [Dkt. 130.] The Court cautions Schindler from filing future motions of this nature in this case, particularly when Schindler is no longer involved in this litigation.

**SO ORDERED.**

Date: 5/29/2026

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

TERRIS RADCLIFFE
5400 Glenridge Drive #420802
Atlanta, GA 30342